ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sierra Nevada Corporation | ) ASBCA No. 63649 |
| | ) |
| Under Contract No. W911QX-13-D-0002 | ) |

APPEARANCES FOR THE APPELLANT:    Gale R. Monahan, Esq.
                                  Caroline E. Colpoys, Esq.
                                    Dentons US LLP
                                    Dallas, TX

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                     DCMA Chief Trial Attorney
                                   Srikanti Schaffner, Esq.
                                   Amelia R. Lister-Sobotkin, Esq.
                                     Trial Attorneys
                                     Defense Contract Management Agency
                                     Carson, CA

OPINION BY ADMINISTRATIVE JUDGE THRASHER

        The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

        It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,062,503. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

        Dated:  February 24, 2026

                                    _____
                                    JOHN J. THRASHER
                                    Administrative Judge
                                    Chairman
                                    Armed Services Board
                                    of Contract Appeals

(Signatures continued)

I concur                                      I concur

_____                    _____
OWEN C. WILSON                             J. REID PROUTY
Administrative Judge                       Administrative Judge
Vice Chairman                              Vice Chairman
Armed Services Board                       Armed Services Board
of Contract Appeals                        of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63649, Appeal of Sierra Nevada Corporation, rendered in conformance with the Board's Charter.

Dated:  February 25, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2